UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO, JR., | **1:19-cv-00675-DAD-GSA-PC** |
| Plaintiff, | **ORDER ADDRESSING ATTORNEY APPEARANCE** |
| vs. | **(ECF No. 33.)** |
| ELMA FERNANDEZ, et al., | **TWENTY-DAY-DEADLINE TO FILE SUBSTITUTION OF ATTORNEYS** |
| Defendants. | |

     Elmer Dosio, Jr. ("Plaintiff") is a state prisoner proceeding *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983, against defendant Elma Fernandez (Defendant") for failure to provide Plaintiff with adequate medical care, in violation of the Eighth Amendment. The initial Complaint was filed by Plaintiff on May 16, 2019. (ECF No. 1.)

     On September 20, 2021, attorney Joseph M. McMullen, Esq., filed a notice of appearance of attorney for Plaintiff. (ECF No. 33.)

     When an attorney seeks to represent a *pro per* party in a pending action, Local Rule 182(g) requires the attorney to file a "Substitution of Attorneys" document, signed by both the attorney and the party. That substitution must be approved by the court so the words "IT IS SO ORDERED," with spaces designated for the date and signature of the Judge, shall be affixed at the end of each Substitution of Attorneys. To clarify the record in this case, within thirty days of the date of this order, attorney Joseph M. McMullen shall file a "Substitution of Attorneys" in

accordance with Local Rule 182(g). If a Substitution of Attorneys is not filed, the court will assume Plaintiff continues in this action in *pro per* and the record shall be modified to reflect Plaintiff's *pro per* status.

      Based on the foregoing, IT IS HEREBY ORDERED that:

1. Within twenty days of the date of service of this order, attorney Joseph M. McMullen, Esq., shall file a "Substitution of Attorneys" in accordance with Local Rule 182(g), signed by both Plaintiff and Mr. McMullen;

2. The Clerk of Court is DIRECTED to serve this order upon:

> Joseph M. McMullen, Esq.
> Law Offices of Joseph M. McMullen
> 501 W. Broadway, Suite 1510
> San Diego, CA  92101

    and

> Elmer Dosio
> V-75308
> California Rehabilitation Center (CRC)
> P.O. Box 3535
> Norco, CA  92860

IT IS SO ORDERED.

Dated:  **May 18, 2022**　　　　　　　**/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE