UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO, JR., | 1:19-cv-00675-DAD-GSA-PC |
| Plaintiff, | **ORDER APPROVING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF** |
| vs. | **(ECF No. 44.)** |
| ELMA FERNANDEZ, et al., | |
| Defendants. | |

      Elmer Dosio, Jr. ("Plaintiff") is a state prisoner proceeding *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983, against defendant Elma Fernandez (Defendant") for failure to provide Plaintiff with adequate medical care in violation of the Eighth Amendment. The initial Complaint was filed by Plaintiff on May 16, 2019.  (ECF No. 1.)

      On June 3, 2022, Plaintiff filed a proposed substitution of attorney, substituting Joseph M. McMullen as counsel for Plaintiff in place of himself.  (ECF No. 44.)  After consideration of the substitution, the Court hereby approves and orders the substitution of attorneys as set forth.

      Accordingly, **IT IS HEREBY ORDERED** that:

1.     The proposed substitution of attorney Joseph M. McMullen as counsel of record for Plaintiff Elmer Dosio, Jr., filed on June 3, 2022, is approved by the Court;

2.     The Clerk shall reflect on the Court's service list that Plaintiff is represented by

counsel;. and

3. Plaintiff's motion to stay discovery (ECF No. 36), filed on December 15, 2021, and opposition (ECF No. 38) to Defendant's motion for summary judgment, filed on December 30, 2021, are DEEMED properly filed.

IT IS SO ORDERED.

Dated:  **June 6, 2022**                           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE