1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ELMER DOSIO,

        Plaintiff,

   vs.

N. ODELUGA, et al.,

        Defendants.

**1:19-cv-00675-ADA-GSA-PC**

**ORDER REOPENING DISCOVERY AND SETTING NEW DEADLINES FOR ALL PARTIES**

**New Discovery Deadline:**     **01/30/23**

**New Dispositive Motions Deadline:**    **03/30/23**

Elmer Dosio ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. This case proceeds with Plaintiff's Second Amended Complaint against defendant Licensed Vocational Nurse ("LVN") Elma Fernandez[1] ("Defendant") for failure to provide adequate medical care in violation of the Eighth Amendment. (ECF No. 18.)[2]

---

[1] Sued as E. Frandez.

[2] On April 29, 2021, the court issued an order dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim. (ECF No. 20.)

1

On September 14, 2021, the Court issued a Discovery and Scheduling Order setting deadlines for the parties, including a discovery deadline of February 14, 2022 and a deadline of April 14, 2022 for filing dispositive motions. (ECF No. 32.)  On December 14, 2021, Defendant filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust his administrative remedies. (ECF No. 35.)  On January 7, 2022, the Court granted the parties' joint motion to vacate the discovery and dispositive motions deadlines pending resolution of the motion for summary judgment.  (ECF No. 41.)

On September 22, 2022, the Court issued an order denying Defendant's motion for summary judgment.  (ECF No. 50.)  Thus, Defendant's motion for summary judgment has been resolved and therefore the Court shall reopen discovery and set new deadlines for the completion of discovery and the filing of dispositive motions for all parties.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Discovery is now reopened, and the new discovery deadline for all parties to complete discovery, including the filing of motions to compel, is **January 30, 2023**;

2. The new deadline for all parties to file dispositive motions is **March 30, 2023**; and

3. All other provisions of the Discovery and Scheduling order issued on September 14, 2021, remain in effect.

IT IS SO ORDERED.

Dated:   **September 23, 2022**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2