# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>N. ODELUGA, et al.,<br><br>　　　　　Defendants. | **1:19-cv-00675-ADA-GSA-PC**<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>**(ECF No. 64.)**<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DEADLINE: <u>AUGUST 25, 2023</u>** |

Elmer Dosio ("Plaintiff") is a state prisoner proceeding with counsel and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. This case proceeds with Plaintiff's Second Amended Complaint against defendant Licensed Vocational Nurse ("LVN") Elma Fernandez[1] ("Defendant") for failure to provide adequate medical care in violation of the Eighth Amendment. (ECF No. 18.)[2]

---

[1] Sued as E. Frandez.

[2] On April 29, 2021, the court issued an order dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim. (ECF No. 20.)

1

On July 28, 2023, the parties filed a stipulated motion to extend the deadline to **August 25, 2023**, for Plaintiff to file an opposition to Defendant's motion for summary judgment filed on July 25, 2023. (ECF Nos.60, 64.) The Court finds good cause to grant Plaintiff an extension of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' stipulation for extension of time, filed on July 28, 2023, is GRANTED; and
2. The deadline for Plaintiff to file an opposition to Defendant's motion for summary judgment is extended to **August 25, 2023**.

IT IS SO ORDERED.

Dated:   **July 31, 2023**                         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE