UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO,<br><br>        Plaintiff,<br><br>    vs.<br><br>N. ODELUGA, et al.,<br><br>        Defendants. | **1:19-cv-00675-ADA-GSA-PC**<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSIONS OF TIME**<br><br>**(ECF No. 67.)**<br><br>**ORDER EXTENDING DEADLINES**<br><br>**DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT:  SEPTEMBER 15, 2023**<br><br>**DEADLINE FOR DEFENDANT TO FILE REPLY TO OPPOSITION: OCTOBER 6, 2023** |

  Elmer Dosio ("Plaintiff") is a state prisoner proceeding with counsel and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983.  This case proceeds with Plaintiff's Second Amended Complaint against defendant Licensed Vocational Nurse ("LVN") Elma Fernandez[1] ("Defendant") for failure to provide adequate medical care in violation of the Eighth Amendment.  (ECF No. 18.)[2]

---

[1] Sued as E. Frandez.

[2] On April 29, 2021, the court issued an order dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim.  (ECF No. 20.)

1

On August 22, 2023, the parties filed a stipulated motion to extend the deadline for Plaintiff to file an opposition to Defendant's motion for summary judgment to **September 15, 2023**, and the deadline for Defendant to file a reply to the opposition to **October 6, 2023**. (ECF No. 67.) The Court finds good cause to grant the extensions of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' stipulation for extensions of time, filed on August 22, 2023, is GRANTED;
2. The deadline for Plaintiff to file an opposition to Defendant's motion for summary judgment is extended to **September 15, 2023**; and
3. The deadline for Defendant to file a reply to Plaintiff's opposition is extended to **October 6, 2023**.

IT IS SO ORDERED.

Dated:   **August 24, 2023**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE