UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELMA FERNANDEZ, et al.<br><br>　　　　　Defendants. | **No. 1:19-cv-00675 ADA GSA (PC)**<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSIONS OF TIME**<br><br>**(ECF No. 69)**<br><br>**ORDER EXTENDING DEADLINES**<br><br>**DEADLINE FOR PLAINTIFF TO FILE OPPOSTITION TO MOTION FOR SUMMARY JUDGMENT: OCTOBER 6, 2023**<br><br>**DEADLINE FOR DEFENDANT TO FILE A REPLY TO OPPOSITION: NOVEMBER 3, 2023** |

Elmer Dosio ("Plaintiff") is a former state prisoner proceeding with counsel and *in forma pauperis* with this civil rights action under 42 U.S.C. § 1983. This case proceeds with Plaintiff's Second Amended Complaint against defendant Licensed Vocational Nurse ("LVN") Elma Fernandez[1] ("Defendant") for failure to provide adequate medical care in violation of the Eighth Amendment. (ECF No. 18.)[2]

---

[1] Sued as "E. Frandez."
[2] On April 29, 2021, the court issued an order dismissing all other claims and defendants from this case based on Plaintiff's failure to state a claim. (ECF No. 20.)

1

On September 12, 2023, the parties filed a stipulated motion to extend the deadline for Plaintiff to file an opposition to Defendant's motion for summary judgment to **October 6, 2023** , and the deadline for Defendant to file a reply to the opposition to **November 3, 2023**.  (ECF No. 69.)  The Court finds good cause to grant the extensions of time.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties' stipulation for extensions of time, filed on September 12, 2023 (ECF No. 69), is GRANTED;

2. The DEADLINE for Plaintiff to file an opposition to Defendant's motion for summary judgment is EXTENDED to **October 6, 2023**, and

3. The DEADLINE for Defendant to file a reply to Plaintiff's opposition is EXTENDED to **November 3, 2023**.

IT IS SO ORDERED.

Dated:   **October 4, 2023**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE