Joseph M. McMullen, Esq. (SBN 246757)
Law Offices of Joseph M. McMullen
501 W. Broadway, Suite 1510
San Diego, California 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
E-Mail: joe@jmm-legal.com

Attorney for Plaintiff Elmer Dosio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO,<br><br>  Plaintiff,<br><br> v.<br><br>ELMA FERNANDEZ,<br><br>  Defendant. | Case No. 1:19-CV-00675-ADA-GSA<br><br>**DECLARATION OF JOSEPH MCMULLEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:          Hon. Gary S. Austin<br>Action filed:    May 16, 2019<br>Hearing Date:  Vacated (per Doc. 63)<br>Courtroom:     Courtroom 1, 8th Floor |

I, Joseph M. McMullen, declare:

1.   I am an attorney admitted to practice in California and before this Court. I am counsel for Plaintiff Elmer Dosio in this matter. I am competent to testify to the matters set forth in this declaration and, if called to do so, could so testify. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2.   On January 31, 2023, I conducted Defendant Elma Fernandez's deposition in this matter. A true and correct copy of excerpts from the transcript of her deposition, along with the court reporter's certification, are attached as **Exhibit A**.

3.   On March 3, 2023, I conducted the deposition of witness LVN Janice

1  Tomas in this matter.  A true and correct copy of excerpts from the transcript of her
2  deposition, along with the court reporter's certification, are attached as **Exhibit B.**

3    4.    Attached as **Exhibit C** is a true and correct copy of Mr. Dosio's medical
4  records submitted as Exhibit B to the declaration of Christian Serdahl, M.D., filed by
5  Defendant in support of her Motion for Summary Judgment.  Doc. No. 60-4, pp. 19-63
6  (paginated intermittently as SERDAHL-0014 through SERDAHL_0843.  The
7  custodian-of-records certifications for Mr. Dosio's medical records submitted as Exhibit
8  B to Dr. Serdahl's declaration are part of the record on the instant motion.  *See* Def.
9  MSJ, Dec. of Defense Counsel C. Georgely, Exhibit B, Doc. No. 60-6.

10    5.    Attached as **Exhibit D** is a true and correct copy (highlighted by counsel)
11  of excerpts of the California Correctional Health Care Services (CCHCS) Health Care
12  Department Operations Manual (HCDOM), available online at
13  https://cchcs.ca.gov/hcdom.

14    6.    Attached as **Exhibit E** is a true and correct copy (highlighted by counsel)
15  of Operational Procedure #179 of the North Kern State Prison (NKSP), provided in
16  Defendant's discovery as Bates AGO_000176-181.

17    7.    Attached to the Declaration of Duane M. Bryant, MD, submitted herewith,
18  is a true and correct copy of Dr. Bryant's curriculum vitae, dated July 9, 2022.

19    I declare under penalty of perjury that the foregoing is true and correct.  Executed
20  on October 6, 2023, in the State of California.

                            */s/ Joseph M. McMullen*
                            Joseph M. McMullen
                            Attorney for Plaintiff Elmer Dosio