UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER DOSIO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>N. ODELUGA, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00675-KES-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On June 23, 2025, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __June 23, 2025__　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1